B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Northern District of Mississippi

In re  **TUP 430 Company, LLC**                     Case No. _____

                        Debtor(s)                   Chapter  **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| David Hocker & Associates, Inc.<br>1901 Frederica Street<br>Attn: David W. Conkright<br>Owensboro, KY 42301-4818 | David Hocker & Associates, Inc.<br>1901 Frederica Street<br>Attn: David W. Conkright<br>Owensboro, KY 42301-4818 | Management Services | | 10,067.78 |
| First Security Bank<br>300 Frederica Street<br>Attn: John Lashbrook<br>Owensboro, KY 42301 | First Security Bank<br>300 Frederica Street<br>Attn: John Lashbrook<br>Owensboro, KY 42301 | Unsecured Loan | | 101,000.00 |
| R. F. Coffin Enterprises, Inc.<br>5455 North Marginal Road<br>Suite 215<br>Cleveland, OH 44114 | R. F. Coffin Enterprises, Inc.<br>5455 North Marginal Road<br>Suite 215<br>Cleveland, OH 44114 | Management Services | | 3,355.93 |
| Tombigbee Electric Power Association<br>P.O. Drawer 1789<br>Tupelo, MS 38802 | Tombigbee Electric Power Association<br>P.O. Drawer 1789<br>Tupelo, MS 38802 | Electric | | 476.82 |
| U.S. Bank, N.A., Trustee<br>c/o CWCaptial Asset Management LLC<br>One Charles River Place<br>63 Kendrick Street<br>Needham Heights, MA 02494 | U.S. Bank, N.A., Trustee<br>c/o CWCaptial Asset Management LLC<br>One Charles River Place<br>Needham Heights, MA 02494 | Market Center - Retail Shopping Center<br>38770 Market Center Drive<br>Tupelo MS | Disputed | 4,781,502.78<br><br>(Unknown secured) |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**B4 (Official Form 4) (12/07) - Cont.**

In re  **TUP 430 Company, LLC**                                                                          Case No.
                              Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the Vice President of TUP 430 Partners, Inc., Managing Member of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  **February 17, 2011**                            Signature  **/s/ Mark C. Coffin**
                                                                  **Mark C. Coffin**
                                                                  **Vice President of TUP 430 Partners, Inc., Managing Member**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.